UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PALMER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　Defendants. | CASE NO. C18-5262 BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　　The R&R is **ADOPTED**; and

(2)　　Plaintiff's motion to transfer (Dkt. 17) is **DENIED without prejudice**.

Dated this 4th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
BENJAMIN H. SETTLE
United States District Judge