UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PALMER,<br><br>               Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>               Defendants. | CASE NO. C18-5262 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 112. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's motion for voluntary dismissal, Dkt. 108, is **GRANTED**, and the pending motions for summary judgment, Dkts. 69, 74, and 76, are **DENIED** as moot; and

(3)     The Clerk shall enter **JUDGMENT** and close this case.

Dated this 22nd day of November, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER